Denise Dalton
156-10 134th Ave
Jamaica NY. 11434

Re: Robert Simon V. First Continental
Investment corporation, et al
Civil Action No.: CV-05-4882     Honorable Seybert J.

## Ammended Certificate of Mailing

I Denise Dalton herby certify under the penalty of perjury that on August 30th 2006 I have served the letter asking for ninty days (90) to reply to the motion to dismiss my counter claim By causing same to be placed in the United States mail postage prepaid and addressed wrapper in an official depository under the exclusive care and custody of the United States Post office Department within the State of New York to the defendants below herin.

Dated August 30th 2006
Queens County.

First Continental Investment Corp.
Joy Harmon Sperling / P.O Box 1945 Morristown
                      NJ. 07962-1945

At Mortgage (First Capitol home)
Richard Harrison Brown
626 Reckson Plaza
Room 469 Uniondale, New York
11556

Denise Dalton
Denise Dalton
August 30th 2006